IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMY RAY GUYTON,

    Petitioner,                                       No. CIV S-09-0107-WBS-TJB

    vs.

M. MARTEL,

    Respondent.                                    <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 2, 2010, an order was issued which adopted the United States Magistrate Judge's Findings and Recommendation in full, denied the petition with prejudice, and declined to issue a certificate of appealability. Judgment was entered the same date. On December 16, 2010, Petitioner filed a notice of appeal, a request for leave to proceed in forma pauperis, and a motion for a certificate of appealability.

        Rule 24(a)(1) of the Federal Rules of Appellate Procedure provides that a party to a district court action, who desires to appeal in forma pauperis on appeal, must file a motion in the district court which:

> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

1

1          (B) claims an entitlement to redress; and

2          (C) states the issues that the party intends to present on appeal.

3 FED. R. APP. P. 24(a)(1). Petitioner has attached the appropriate application, certificate, and

4 inmate statement report, which demonstrate his inability to pay or to give security for fees and

5 costs. In his December 16, 2010, notice of appeal, Petitioner claimed entitlement to redress and

6 seeks habeas relief. Petitioner has complied with the requirements of FED. R. APP. P. 24(a). His

7 request to proceed in forma pauperis on appeal will be granted.

8     However, Petitioner's motion for a certificate of appealability will be denied, in that the

9 issuance of a certificate of appealability was declined on December 2, 2010.

10     For the foregoing reasons, IT IS HEREBY ORDERED:

11     1. Petitioner's request to proceed in forma pauperis on appeal is GRANTED; and

12     2. Petitioner's motion for a certificate of appealability is DENIED.

14 DATED: January 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE